UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 22-14192-CIV-MARTINEZ-MAYNARD

ELISEALYNN LANOU,

    Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of
the Social Security Administration,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THE MATTER** was referred to the Honorable Shhaniek M. Maynard, United States Magistrate Judge, for a report and recommendation on any dispositive matters. (ECF No. 2.) Thereafter, Plaintiff filed her Motion for Summary Judgment ("Plaintiff's Motion"), (ECF No. 17), and Defendant filed its Motion for Summary Judgment ("Defendant's Motion"), (ECF No. 18). On July 28, 2023, Magistrate Judge Maynard filed a Report and Recommendation in which she recommended that Plaintiff's Motion be denied and Defendant's Motion be granted (the "R&R"). (ECF No. 21 at 18.) Defendant filed its Notice of Non-objection to the R&R, (ECF No. 22); Plaintiff timely filed her objections to the R&R (the "Objection"), (ECF No. 23); and Defendant responded in opposition to the Objection, (ECF No. 24).

    This Court has reviewed the entire file and record and made a de novo review of Plaintiff's Motion, (ECF No. 17), and Defendant's Motion, (ECF No. 18), and the issues that the Objection presents. After careful consideration, this Court finds that the issues raised in the Objection were already addressed in Magistrate Maynard's well-reasoned and thorough R&R, (ECF No. 21), or

are without merit. Accordingly, it is **ADJUDGED** that the R&R, (ECF No. 21), is **AFFIRMED** and **ADOPTED**. Therefore, it is **ORDERED AND ADJUDGED** that:

1. Plaintiff's Motion, (ECF No. 17), is **DENIED**.
2. Defendant's Motion, (ECF No. 18), is **GRANTED**.
3. Defendant's decision is **AFFIRMED**.
4. Final Judgment in Defendant's favor shall enter via separate order.
5. This case is **CLOSED**, and all remaining pending motions are **DENIED** as **MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this __18__ day of August, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record